# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK O. FRANKLIN, SR, | CV F   05 525 OWW LJO P |
| Plaintiff, | |
| v. | ORDER VACATING FINDINGS AND RECOMMENDATIONS ISSUED OCTOBER 5, 2005.  (Doc. 13.) |
| CALIFORNIA CORRECTIONAL INSTITUTION, et. al., | |
| Defendants. | |
| _____/ | |

     Patrick O. Franklin ("Plaintiff"), an inmate currently incarcerated at California Correctional Institution ("CCI") at Tehachapi, California, is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

     On October 4, 2005, the Court issued Findings and Recommendations that the Plaintiff's Application to Proceed In Forma Pauperis be revoked.  Upon further review of the record, the Court finds that Plaintiff filed the instant action prior to being declared three strikes under the Prison Litigation Reform Act.  Accordingly, the Court HEREBY VACATES the Findings and Recommendations previously issued and will screen the case in due course.

IT IS SO ORDERED.

**Dated:   November 7, 2005**              **/s/ Lawrence J. O'Neill**
b9ed48                     UNITED STATES MAGISTRATE JUDGE